IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CASE NO. 5:21-CV-111-KDB-DCK

| AMBER GAIL COX WHITLEY, | ) |  |
|---|---|---|
| Plaintiff, | ) |  |
| v. | ) | **ORDER** |
| JON WESLEY THOMPSON, | ) |  |
| Defendant. | ) |  |

**THIS MATTER IS BEFORE THE COURT** on the parties' "Joint Motion For Extension Of Time To File Stipulation Of Dismissal" (Document No. 7) filed August 16, 2021. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, the undersigned will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that the parties' "Joint Motion For Extension Of Time To File Stipulation Of Dismissal" (Document No. 7) is **GRANTED**. The parties shall file a Stipulation Of Dismissal on or before **October 10, 2021**.

Signed: August 16, 2021

David C. Keesler
United States Magistrate Judge